UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Tena Pulliam** ) | |
|     Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:08CV01007 AGF |
| ) | |
| **Southern Reynolds County** ) | |
| **R-2 School District** ) | |
| ) | |
|     Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 10, 2008, and assigned to the Honorable Audrey G. Fleissig. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:08cv0107 LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:08cv01007 AGF is hereby administratively closed. Judge Fleissig's name will be replaced for future assignment.

Dated this 11yh day of July, 2008.

James G. Woodward, Clerk of Court
By: /s/ Lori Miller-Taylor
Deputy Clerk

Please refer to Case No. **1:08cv0107 LMB** in all future matters concerning this case.